CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JAN 26 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00665<br><br>**MEMORANDUM OPINION** |
| v. | ) ) | |
| J. DOE, et al.,<br>    Defendant(s). | ) ) ) | By:   Jackson L. Kiser<br>Senior United States District Judge |

Kenneth Valentine Awe, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered January 5, 2014, the court directed plaintiff to submit within 10 days from the date of the Order a signed consent to withholding of fees form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge