CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL -1 2015

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE, ) | Civil Action No. 7:14-cv-00665 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| BENNY MULLINS, et al., ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that leave for Plaintiff to proceed in forma pauperis is **RESCINDED**; Defendants' motion for summary judgment is **GRANTED**; and this action is **STRICKEN** from the active docket.*

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 1st day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge

---

* At the time of this Final Order's entry, Plaintiff has had at least three non-habeas civil actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted. See, e.g., Awe v. Warden Mathena, No. 7:14-cv-00241 (W.D. Va. July 3, 2014) (dismissed as frivolous); Awe v. Clarke, No. 7:14-cv-00248 (W.D. Va. July 3, 2014) (dismissed as frivolous); Awe v. Red Onion State Prison, No. 7:13-cv-00487 (W.D. Va. Mar. 17, 2014) (dismissed for failing to state a claim); see also Coleman v. Tollefson, No. 13-1333, __ U.S. __, 2015 U.S. LEXIS 3201, at *8-9, 2015 WL 2340838, at *3-4 (May 18, 2015) (holding a "strike" dismissal is counted regardless to the timing of a subsequent appeal); McLean v. United States, 566 F.3d 391, 399 (4th Cir. 2009) (noting dismissals without prejudice for frivolousness should not be exempted from 28 U.S.C. § 1915(g)).